# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

126922(60)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LANAH HARRIS, Next Friend of
MARIAH BOGARD-DEITZ,
WILLIAM WESLEY DEITZ, and
DONALD HARRIS, JR., minors,
   Plaintiff-Appellee,

v

            SC: 126922
            COA: 247253
            Wayne CC: 01-116038-NO

PAUL RAHMAN, WALTER SAKOWSKI,
Personal Representative of the Estate of
RICHARD E. RAHMAN, Deceased, COUNTY OF
WAYNE, BAKER DENTAL DIVISION,
ENGLEHARD INDUSTRIES, INC.,
TROY CHEMICAL COMPANY,
   Defendants,

and

HENRY MACIEJEWSKI,
   Defendant-Appellant.

_____/

   On order of the Court, the motion for reconsideration of this Court's order of January 13, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

   CAVANAGH, J., would grant reconsideration and, on reconsideration, would deny leave to appeal.

   KELLY, J., would grant reconsideration and, on reconsideration, would deny leave to appeal, because she believes the case should be remanded to the circuit court for trial.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

d0320

              Clerk